UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL HENRI MARIE HARLEMAN,<br><br>                  Petitioner,<br><br>  v.<br><br>WARDEN, FEDERAL DETENTION CENTER SEATAC,<br><br>                  Respondent. | CASE NO. 2:24-cv-00926-BJR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel. There being no objections to the Report and Recommendation filed, and having reviewed the remaining record, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 3rd day of December, 2024.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
United States District Judge